UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH DANIELS,     )
    Petitioner      )
                     )
    v.              )   Civil No. 03-30296-MAP
                     )
UNITED STATES OF AMERICA,  )
    Respondent.     )

## GOVERNMENT'S MOTION TO CONTINUE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the date of the government's response to the Petitioner's 28 U.S.C. § 2255 petition be continued for thirty days. In support of this motion, the government states as follows:

1. The government's response to the Petitioner's 28 U.S.C. § 2255 petition is due on January 7, 2004.

2. Undersigned counsel has been unable to complete the government's response due to her absence from the office during the holidays. In addition, undersigned counsel has been participating in the preparation of the government's case in <u>United States v. Jimenez</u>, Cr. No. 02-30040-MAP, which is scheduled for trial on January 12, 2004.

Wherefore, the government respectfully requests that the date for its response to Petitioner's 28 U.S.C. § 2255 petition

be continued for thirty days, until February 6, 2004.

                                          Very truly yours,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By:   */s/ Ariane D. Vuono*
        Ariane D. Vuono
        Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                                    January 5, 2004

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on Keith Daniels, Prisoner No. 90462-038, FCI Ray Brook, Ray Brook, NY 12977.

                                                */s/ Ariane D. Vuono*
                                                Ariane D. Vuono
                                                Assistant U.S. Attorney