UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEITH DANIELS,             )
    Petitioner         )
                           )
    v.                 )   Civil No. 03-30296-MAP
                           )
UNITED STATES OF AMERICA,  )
    Respondent.        )

### GOVERNMENT'S SECOND MOTION TO EXTEND

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the date of the government's response to the Petitioner's 28 U.S.C. § 2255 petition be extended for an additional thirty-one days. In support of this motion, the government states as follows:

1. The government's response to the Petitioner's 28 U.S.C. § 2255 petition was due on February 6, 2004.

2. Undersigned counsel has been unable to complete its response at this time based on the fact that necessary files were in storage and did not arrive in time for thoughtful review before undersigned counsel's pre-scheduled vacation.

3. Undersigned counsel will be in a position to review the files and respond to petitioner's motion within two weeks of returning to the office on February 23, 2004.

*Motion Allowed by Court*
*[signature] USDJ*
*By*
*[signature]*
*2-17-04*

Wherefore, the government respectfully requests that the date for its response to Petitioner's 28 U.S.C. § 2255 petition be extended for an additional thirty-one days, until March 8, 2004.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: *Ken O'Reg ASA for*
Ariane D. Vuono
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      February 17, 2004

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on Keith Daniels, Prisoner No. 90462-038, FCI Ray Brook, Ray Brook, NY 12977.

*Ken O'Reg ASA for*
Ariane D. Vuono
Assistant U.S. Attorney