UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH DANIELS,<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>)  Civil No. 03-30296-MAP<br>)<br>)<br>) |

## GOVERNMENT'S THIRD MOTION TO EXTEND

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the date of the government's response to the Petitioner's 28 U.S.C. § 2255 petition be extended for one additional week. In support of this motion, the government states as follows:

1. The government's response to the Petitioner's 28 U.S.C. § 2255 petition was due on February 6, 2004. The government asked for and received an additional 31 days to submit its response. The government's response is currently due on March 8, 2004.

2. The government has obtained the necessary files from storage and has reviewed them. However, undersigned counsel has been unable to complete a final draft of the government's response due to an unexpected absence from the office during the

week of March 1st. The government does not anticipate any further extensions.

Wherefore, the government respectfully requests that the date for its response to Petitioner's 28 U.S.C. § 2255 petition be extended for an additional week, until March 16, 2004.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: *Ariane D. Vuono /s/*
Ariane D. Vuono
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

Hampden, ss.                               Springfield, Massachusetts
                                           March 12, 2004

I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on Keith Daniels, Prisoner No. 90462-038, FCI Ray Brook, Ray Brook, NY 12977.

*Ariane D. Vuono /s/*
Ariane D. Vuono
Assistant U.S. Attorney