FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| KEITH DANIELS,<br>    Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | Civil No. 03-30296-MAP |

## GOVERNMENT'S MOTION TO FILE ITS RESPONSE ONE DATE LATE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the government be allowed to file its response to the Petitioner's 28 U.S.C. § 2255 petition one day late. In support of this motion, the government states as follows:

1. The government's response to the Petitioner's 28 U.S.C. § 2255 petition was due on March 16, 2004.

2. Undersigned counsel was unable to complete the government's response because she left the office early due to the inclement weather.

Wherefore, the government respectfully requests that it be allowed to file its response to Petitioner's 28 U.S.C. § 2255 petition one day late.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                March 17, 2004

   I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail on Keith Daniels, Prisoner No. 90462-038, FCI Ray Brook, Ray Brook, NY 12977.

/s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney