UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>)<br>DENNIS BROWN,       )<br>     Defendant.   ) | Criminal No. 98-30046-FHF |

Government's Memorandum in
Opposition to Motion to Compel Discovery

The United States of America, by Donald K. Stern, United States Attorney for the District of Massachusetts, submits this memorandum and the accompanying criminal history exhibits[1] in opposition to Dennis Brown's motion to compel discovery. Brown's motion should be denied because he has failed to demonstrate that similarly situated white males have not been prosecuted for distributing crack cocaine because of an impermissible purpose. See United States v. Armstrong, 517 U.S. 456 (1996).

Brown essentially makes two arguments. First, he argues that the federal government's failure to prosecute Vincent Renaud and Gary Gauthier indicates that similarly situated white defendants were treated differently from Brown. Second, he contests the accuracy of the government's statement that no written guidelines exist for the investigation and prosecution of federal drug cases in this district.

---

[1] Criminal history records for Brown (pp. 1-4), Gauthier (pp. 5-7), and Renaud (pp. 8-11), are attached hereto.



First, Brown's motion should be denied because neither Vincent Renaud nor Gary Gauthier were similarly situated to Brown. Even if they were similarly situated to Brown, neither Renaud nor Gauthier were presented to the U.S. Attorney's Office for prosecution.

Second, that government's statement that there are no written guidelines concerning the investigation and prosecution of drug cases is accurate.

1. <u>Renaud and Gauthier were not Similarly Situated to Brown</u>

The most important distinction between Brown and Renaud and Gauthier is their criminal records. At the time of this offense, August 10, 1998, Brown was 20 years old. At that tender age he had already been convicted of the following felony crimes:

    8/18/98 - assault and battery (age 19)
    5/16/97 - assault and battery (age 18)
    1/29/96 - possession with intent to distribute cocaine and
              possession of a firearm w/o a license (age
              17)
    11/8/95 - breaking and entering in the night time with
              intent to commit a felony (age 15)

In addition, evidence demonstrated that Brown had used or possessed a firearm in connection with his convictions for: (1) breaking and entering in the night time with intent to commit a felony at age 15, (2) possession with intent to distribute cocaine at age 17, and (3) his criminal behavior which is the subject of this case. <u>See</u> Attached Brown Criminal History, pp. 1-4.

Neither Renaud nor Gauthier had such serious criminal records. Gauthier's criminal record reflects that he had not been convicted previously for distributing, or even possessing, drugs. Gauthier's record does reflect a variety of assault and battery convictions, but non of these convictions appears to have included the use of firearms. Gauthier's only firearms arrest involves the possession of a BB gun, which was dismissed. See Attached Gauthier Criminal History Record, pp. 5-7.

Similarly, Renaud did not have any prior convictions for distributing or possessing drugs. Renaud had one arrest for the possession of marijuana which was dismissed. Renaud did have a variety of other charges, some of which would be characterized as violent crimes, but many of these charges were either misdemeanors or dismissed. Renaud was convicted once for possession of a firearm without a license. See Attached Renaud Criminal History, pp. 8-11.

In sum, unlike Brown, neither Gauthier nor Renaud had previously been convicted of a drug distribution crime, a violent crime and a firearms violation. As a result, they were not similarly situated to Brown and cannot be used by Brown to show disparate treatment in support of further discovery in this case.

Finally, even if Gauthier or Renaud had been similarly situated to Brown, neither of them was presented to the U.S. Attorney's Office for possible federal prosecution. As a result,

Brown cannot suggest that the U.S. Attorney's Office discriminated against him.

2. The United States Attorney's Office for the District of Massachusetts does not have Written Guidelines for the <u>Investigation and Prosecution of Drug Cases.</u>

As the government has explained to defense counsel, the United States Attorney's Office for the District of Massachusetts does not have written guidelines for the investigation and prosecution of drug cases. The case cited by Brown, <u>United States v. Turner</u>, 104 F.3d 1180 (9th Cir. 1997), involved the U.S. Attorney's Office for the Central District of California. Not all U.S. Attorney's Offices follow the same practice concerning memorializing investigation and prosecution guidelines.

3. <u>Conclusion</u>

For the foregoing reasons, the government respectfully requests that Brown's motion to compel additional discovery be denied.

    Respectfully submitted,

    DONALD K. STERN
    United States Attorney

By: _____
    Kevin O'Regan
    Assistant U.S. Attorney

Date: January 7, 2000

## Certificate of Service

January 7, 2000

I certify that I served a copy of the foregoing by fax and mail on Kevin Murphy, Esq.

_____
Kevin O'Regan
Assistant U.S. Attorney

**BROWN, Dennis James, Jr.**
DOB: 05/26/78

PRIOR RECORD:

**District of Massachusetts:**              (Page 1)
**Adult Record:**

| DATE | OFFENSE | COURT | DISPO |
|---|---|---|---|
| 6/19/95 | Operating After Suspend. Lic.; Poss. Class B Cont. Sub. W/I Dist. Crack Cocaine; Poss. Class D Cont. Sub. - Marij.; Firearm Violation - Poss. Firearm No Lic.; Firearm Violation - Poss. Ammun. W/O Permit<br>Dkt. #: 9541CR1172A, 9541CR1172C - 9541CR1172F | Greenfield District | C 8/15/95<br>DISM INDICT |
| 8/8/95 | Poss. Class B Cont. Sub. W/I Dist. Cocaine<br>Dkt. #: 95057A | Franklin Superior | 1/29/96 G<br>2 1/2 YRS SPS<br>15 MOS CMTD<br>PROB 3 YRS<br>VN 1/31/97 DF<br>D/R 5/15/97<br>VOP CMTD |
| 8/8/95 | Firearm Violation - Poss. Fir. No Lic.<br>Dkt. #: 95057B | Franklin Superior | 1/29/96 G<br>1 YR CMTD |
| 1/14/97 | Operating After Suspend. Lic.-2nd Off<br>Dkt. #: 9717CR164A | Holyoke District | C 2/25/97<br>DF WAR<br>7/9/97 D/R<br>G 10DA CMTD<br>CONC |

**District of Massachusetts:**
**Adult Record:**                                    (Page 2)

| DATE | OFFENSE | COURT | DISPO |
|------|---------|-------|-------|
| 1/14/97 | True Name Violation; Poss. Class D. Cont. Sub.; and Use Without Authority Dkt. #: 9717CR164B-9717CR164D | Holyoke District | C 2/25/97 DF WAR 7/9/97 D/R G FILE |
| 4/14/97 | B&E DT W/I Com. Fel. Dkt. #: 9741CR0134A | Greenfield District | C 5/16/97 NP |
| 4/14/97 | Assault and Battery Dkt. #: 9741CR0134B | Greenfield District | C 5/15/97 G 90 DA CMTD |
| 12/1/97 | Assault and Battery Dkt. #: 9741CR2708A | Greenfield District | C 6/18/98 G PROB 6/18/99 VN 9/28/98 G 6MO CMTD |
| 8/17/98 | Minor Poss. Alcoholic Bev. (Unl) Dkt. #: 9841CR1661A | Greenfield District | C 10/23/98 DISM |
| 8/24/98 | Distribute/Dispense Class B - Subsq. Offense Dkt. #: 9841CR1712A | Greenfield District | C 9/28/98 NP |
| 9/25/98 | Distribute/Dispense Class B - 2nd Subs. Offense; And Crime of Poss. Fir. W/O Lic. Dkt. #: 98084A-98084B | Franklin Superior | C |

2

**District of Massachusetts:**
**Juvenile Record:**                                      (Page 3)

| DATE | OFFENSE | COURT | DISPO |
|---|---|---|---|
| 8/12/92 | B&E NT W/I Com. Fel.; Attempt to Commit Crime; and Larceny Less<br>Dkt. #: 9241JV0141A - 9241JV0141C | Greenfield Juvenile | C 1/28/93 DISM |
| 5/24/93 | Disturbing School Assembly; Disorderly Person; Disturbing the Peace; And Mal. Destruction Of Property Less<br>Dkt. #: 9341JV0064A - 9341JV0065D | Greenfield Juvenile | DF D/R 11/2/93 CWOADJ 11/3/94 VOP DF D/R 4/5/94 DEL DYS SS PROB 5/26/95 DF D/R VOP 11/8/95 TERM |
| 2/15/94 | Trespassing; and Mal. Destruction of Property More<br>Dkt. #: 9441JV0001A- 9441JV0001B | Greenfield Juvenile | DF D/R 8/30/95 DISM |
| 3/1/94 | B&E NT W/I Com. Fel.; Assault Dangerous Weapon - Handgun; Assault - Arm/Dwelling<br>Dkt. #: 9441JV0026A - 9441JV0026C | Greenfield Jury of Six | C 4/5/94 DEL DYS SS PROB 5/26/95 VOP 12/14/95 TERM |
| 3/6/95 | Mal. Destruction of Property More; And Disorderly Person<br>Dkt. #: 9441JV0122A - 9441JV0122B | Greenfield Juvenile | C 11/8/95 DEL FILE |
| 5/8/95 | Telephone Calls - Annoy<br>Dkt. #: 9541JV0099A | Greenfield Juvenile | C 11/8/95 DEL FILE |

3

## NOTE: CIVIL RESTRAINING ORDER.

### One (1) Closed Restraining Order:

1. Plaintiff: Linette Duncan
   Docket #: 9706R00133
   Order Date: 2/7/97
   Expiration Date: 3/3/98
   Status: Close

   Court Orders:
   1. Refrain from abuse
   2. No contact stay at least 30 yds.
   3. Vacate/stay away
   4. Address Impound
   5. Surrender guns, ammo, LIC, FID

4

RECORD INFORMATION AS OF 07/28/97

PRIM NAME: GAUTHIER, GARY MICHAEL          DOB: 03/05/79 PCF#:1763097

SEX: M  SS #: 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  MOTHER: ELLEN BROWN
                           FATHER: ALLEN SR
HOME ADDR :FRANKLIN COUNTY HOUSE OF CORECTION          POB: GFLD MA
ZIP CODE : 01301-

ETHNICITY: WHITE            HGT: 508  WGT: 195  HAIR: BROWN          EYES: BROWN

DATE: 07/22/97 FLH CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR1482A
OFFENSE: ASSAULT AND BATTERY(A&B)
DISPOSITION: DF D/R 11/19/97 G CMTD 6 MO
                                                              STATUS: CLOSED

DATE: 07/18/97 SB2 CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR1572A
OFFENSE: MAL DESTRUCTION OF PROPERTY(PROP MAL DES)           LESS
DISPOSITION: DF D/R 11/19/97 G CMTD 6 MO
                                                              STATUS: CLOSED

DATE: 07/18/97 SB2 CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR1572B
OFFENSE: DISRUPT CT PROCEED(NO CODE)
DISPOSITION: DF D/R 11/19/97 G CMTD 6 MO
                                                              STATUS: CLOSED

DATE: 04/24/97 MUT CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0891A
OFFENSE: DESTRUCTION OF PROPERTY(PROP DES)                   WANT OVER
DISPOSITION: C 4/25/97 G 1YR SPS 6 MO CMTD SS PROB 4/24/98    STATUS: CLOSED
             VN DF D/R 11/19/97 VOP 6 MO CMTD

DATE: 04/24/97 MUT CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0891B
OFFENSE: ASSAULT AND BATTERY(A&B)
DISPOSITION: C 4/25/97 G 1 YR SPS 6 MO CMTD SS PROB 4/24/98   STATUS: CLOSED
             VN DF D/R 11/19/97 VOP CMTD 6 MO

DATE: 04/24/97 MUT CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0891C
OFFENSE: A&B DANGEROUS WEAPON(A&B DW)                        SHUD FOOT
DISPOSITION: C 4/25/97 G 1 YR SPS 6 MO CMTD SS PROB 4/24/98   STATUS: CLOSED
             VN DF D/R 11/19/97 VOP CMTD 6 MO

DATE: 04/08/97 GRF CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0491A
OFFENSE: DEFRAUDING INNKEEPER(DFRD INNKPR)
DISPOSITION: C 7/18/97 G CMTD 30 DA (DF D/R COMTEMPT CHARGE   STATUS: CLOSED
             30 DA)

DATE: 01/27/97 DRF CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0127A
OFFENSE: A&B DANGEROUS WEAPON(A&B DW)                        SHUD FOOT
DISPOSITION: C 2/27/97 (JT) 4/25/97 G 1 YR SPS 6 MO CMTD SS   STATUS: CLOSED
             PROB 4/24/98 VN DF D/R 11/19/97 VUP CMTD 6 MO

DATE: 01/27/97 DRF CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0127B
OFFENSE: MAL DESTRUCTION OF PROPERTY(PROP MAL DES)           MORE
DISPOSITION: C 2/27/97 (JT) 4/25/97 G 1 YR SPS 6 MO CMTD      STATUS: CLOSED
             PROB 4/24/98 VN DF D/R 11/19/97 VOP CMTD 6 MO

DATE: 01/27/97 DRF CRT:    GREENFIELD DISTRICT( 41)          DKT#   9741CR0127C
OFFENSE: ASSAULT AND BATTERY(A&B)
DISPOSITION: C 2/27/97 (JT) 4/25/97 G 1 YR SPS 6 MO CMTD SS   STATUS: CLOSED
             PROB TO 4/24/98 VN DF D/R 11/19/97 VOP CMTD 6 MO

5

PCF ADULT RECORD INFORMATION AS OF 07/28/97 PAGE 2

PRIM NAME: GAUTHIER, GARY MICHAEL    DOB: 05/05/79 PCF#:1763097

DATE: 11/29/96 GRF CRT:    GREENFIELD DISTRICT( 41)         DKT#   9641CR2096A
OFFENSE: TRESPASSING(TRES)
DISPOSITION: CWOF 3/3/97 7/18/97 DISM                        STATUS: CLOSED
    CC CWF DF D/R 7/18/97 REMIT

DATE: 10/09/96 GRF CRT:    GREENFIELD DISTRICT( 41)         DKT#   9641CR1850B
OFFENSE: TRUE NAME VIOLATION(TRUE NM LAW)
DISPOSITION: C 5/5/97 DISM                                   STATUS: CLOSED

DATE: 10/09/96 GRF CRT:    GREENFIELD DISTRICT( 41)         DKT#   9641CR1850C
OFFENSE: MINOR TRANSPORTING ALCOHOL(MNR TRNS ALC)
DISPOSITION: C 5/5/97 DISM                                   STATUS: CLOSED

6

```
PRIM NAME: GAUTHIER, GARY MICHAEL               DOB: 05/05/79 PCF#:1763097
SEX: M    SS #: 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   MOTHER: ELLEN BROWN
                              FATHER: ALLEN SR
HOME ADDR : FRANKLIN COUNTY HOUSE OF CORECTION           POB: GFLD MA
ZIP CODE  : 01301-

   ETHNICITY: WHITE               HGT: 508  WGT: 195  HAIR: BROWN        EYES: BROWN

DATE: 06/29/94 GRF CRT:    GREENFIELD JUVENILE(J41)         DKT#   9441JV0123A
OFFENSE: DEL ASSAULT(ASLT)                                  ARMED IN DWELL
DISPOSITION: C 10/18/95 DISM
                                                            STATUS: CLOSED

DATE: 06/29/94 GRF CRT:    GREENFIELD JUVENILE(J41)         DKT#   9441JV0123B
OFFENSE: DEL ROBBERY(ROB)                                   ARMED WHILE MASKED
DISPOSITION: C 10/18/95 CMTD DYS
                                                            STATUS: CLOSED

DATE: 06/29/94 GRF CRT:    GREENFIELD JUVENILE(J41)         DKT#   9441JV0123C
OFFENSE: DEL ASSAULT(ASLT)                                  ARMED W/I ROB
DISPOSITION: C 10/18/95 DISM
                                                            STATUS: CLOSED

DATE: 04/30/93     CRT:    GREENFIELD JUVENILE(J41)         DKT#   9341JC0068B
OFFENSE: DEL USE WITHOUT AUTHORITY(114A)
DISPOSITION: C 3/8/94 DEL DYS SS PROB 3/8/95 EXT 10/18/95 TERM  STATUS: CLOSED

DATE: 04/30/93     CRT:    GREENFIELD JUVENILE(J41)         DKT#   9341JV0068A
OFFENSE: DEL LARCENY OF A MV(LAR MV)
DISPOSITION: C 3/8/94 DISM
                                                            STATUS: CLOSED

DATE: 04/30/93     CRT:    GREENFIELD JUVENILE(J41)         DKT#   9341JV0068C
OFFENSE: DEL LEAVING SCENE:PROPERTY DAMGE(113A)
DISPOSITION: C 3/8/94 DEL DYS SS PROB 3/8/95 EXT 10/18/95 TERM  STATUS: CLOSED

DATE: 08/13/92     CRT:    GREENFIELD JUVENILE(J41)         DKT#   9241JV0128A
OFFENSE: DEL FIREARM VIOLATION(SPECIFY)(FIR)                POSS BB GUN
DISPOSITION: C 9/24/92 DISM
                                                            STATUS: CLOSED

DATE: 08/13/92     CRT:    GREENFIELD JUVENILE(J41)         DKT#   9241JV0133A
OFFENSE: DEL SHOPLIFTIN(SHOPLIFT)
DISPOSITION: C 9/24/92 DEL PROB 9/23/93
            CMNTY SRV  1/15/93 VOP CMTD DYS                 STATUS: CLOSED

DATE: 01/23/90     CRT:    NORTHAMPTON JUVENILE(J45)        DKT#   9045JV.3A
OFFENSE: DEL A&B DANGEROUS WEAPON(A&B DW)                   SHOOT FOOT
DISPOSITION: C 4/3/90 CWOF 4/2/91 DISM
                                                            STATUS: CLOSED
```

7

```
PCF   ADULT   RECORD INFORMATION AS OF 08/17/98              PAGE  1 OF  1
PRIM NAME: RENAUD, VINCENT LEE
                                          DOB: 08/10/79  PCF#:1777431CV
SEX: M  SS #:
                            MOTHER: JOYCE (THOMPSON)
                            FATHER: TIMOTHY E
HOME ADDR :35 MILLERS FALLS RD TURNERS FALLS MA
ZIP CODE : 01376-                                         POB: GREENFIELD MA

ETHNICITY: WHITE           HGT: 600  WGT: 185  HAIR: BROWN
                                                              EYES: BROWN
```

DATE: 08/03/98 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: DISORDERLY CONDUCT(DIS COND)                    DKT#   9841CR1510A
DISPOSITION: C 10/9/98
                                                         STATUS: OPEN

DATE: 08/03/98 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: RESISTING ARREST(RESIST ARST)                   DKT#   9841CR1510B
DISPOSITION: C 10/9/98
                                                         STATUS: OPEN

DATE: 07/29/98 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: DISORDERLY PERSON(DIS PERS)                     DKT#   9841CR1485A
DISPOSITION: WAR WD C 10/9/98
                                                         STATUS: OPEN

DATE: 04/29/97 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: DESTRUCTION OF PROPERTY(PROP DES)               DKT#   9741CR0956A
DISPOSITION: C 6/5/97 (JT) 5/15/98 DISM                  WANT MORE
                                                         STATUS: CLOSED

DATE: 04/29/97 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: ASSAULT AND BATTERY(A&B)                        DKT#   9741CR0956B
DISPOSITION: C 6/5/97 (JT) 5/15/98 DISM
                                                         STATUS: CLOSED

DATE: 04/29/97 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: A&B DANGEROUS WEAPON(A&B DW)                    DKT#   9741CR0956C
DISPOSITION: C 6/5/97 (JT) 5/15/98 DISM                  SHOD FOOT
                                                         STATUS: CLOSED

DATE: 04/29/97 MOT CRT:  GREENFIELD DISTRICT( 41)
OFFENSE: ASSAULT AND BATTERY(A&B)                        DKT#   9741CR0956D
DISPOSITION: C 6/5/97 (JT) 5/15/98 DISM
                                                         STATUS: CLOSED

8

```
PCF JUVENILE RECORD INFORMATION AS OF 08/17/98                 PAGE   1 OF   8
PRIM NAME: RENAUD, VINCENT LEE
                                              DOB: 08/10/79 PCF#:1777491CV    *
SEX: M  SS #:
                              MOTHER: JOYCE (THOMPSON)
                              FATHER: TIMOTHY E
HOME ADDR :35 MILLERS FALLS RD TURNERS FALLS MA       POB: GREENFIELD MA
ZIP CODE : 01376-

ETHNICITY: WHITE              HGT: 600  WGT: 185  HAIR: BROWN    EYES: BROWN
```

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL MINOR POSS ALCOHOLIC BEV (UNL)(MNR POSS ALC)       DKT# 9641JV0087A
DISPOSITION: C 7/10/96 DEL PROB 7/9/97 TERM
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL BREAKING AND ENTERING(B&E)                         DKT# 9641JV0087B
DISPOSITION: C 10/9/96 DEL CMTD DYS                             DT W/I FEL
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL BREAKING AND ENTERING(B&E)                         DKT# 9641JV0087C
DISPOSITION: C 10/9/96 DEL CMTD DYS                             DT W/I FEL
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL FIREARM VIOLATION(SPECIFY)(FIR)                    DKT# 9641JV0087D
DISPOSITION: C 7/10/96 DEL CMTD DYS                             POSS W/O LIC
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL POSS BURGLARIOUS TOOLS(PBT)                        DKT# 9641JV0087E
DISPOSITION: C 7/10/96 DEL CMTD DYS
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL LARCENY(LAR)                                       DKT# 9641JV0087F
DISPOSITION: C 7/10/96 DEL PROB 7/9/97 TERM                     LESS
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL LARCENY(LAR)                                       DKT# 9641JV0087G
DISPOSITION: C 7/10/96 DEL PROB 7/9/97 TERM                     MORE
                                                                STATUS: CLOSED

DATE: 06/12/96 SB2 CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL POSS CLASS D CONT SUB(CSA POSS D)                  DKT# 9641JV0087H
DISPOSITION: C 7/10/96 CWOF 1/8/97 DISM                         MARIJ
                                                                STATUS: CLOSED

DATE: 07/26/95 PVT CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL LARCENY(LAR)                                       DKT# 9541JV0153A
DISPOSITION: C 8/16/95 DEL PROB 8/21/96 VOP 1/24/96 CMTD DYS    LESS
             REST PD R'M CMTD REVOK VOP 6/12/96 CMTD DYS        STATUS: CLOSED

DATE: 01/04/95 MOT CRT: GREENFIELD JUVENILE(J41)
OFFENSE: DEL BOMB HOAX(BMB HX)                                  DKT# 9441JV0241A
DISPOSITION: C 5/24/95 C 7/26/95 DISM
                                                                STATUS: CLOSED

9

```
PCF JUVENILE RECORD INFORMATION AS OF 08/17/98              PAGE  2 OF  2
PRIM NAME: RENAUD, VINCENT LEE
                                        DOB: 08/10/79 PCF#:1777491CV

DATE: 01/04/95 MOT CRT:   GREENFIELD JUVENILE(J41)
OFFENSE: DEL DISTURBING SCHOOL ASSEMBLY(DSA)                DKT#   9441JV02415
DISPOSITION: C 5/24/95 C 7/26/95 DISM
                                                            STATUS: CLOSED

DATE: 11/02/94 MOT CRT:   GREENFIELD JUVENILE(J41)
OFFENSE: DEL TRESPASSING(TRES)                              DKT#   9441JV0211A
DISPOSITION: C 11/23/94 DEL PROB 2/22/95 VOP 1/24/96
        CMNTYSRV REMIT CMTD REVOK6/26/96 VOP 6/12/96 CMTD   STATUS: CLOSED

DATE: 11/02/94 MOT CRT:   GREENFIELD JUVENILE(J41)
OFFENSE: DEL DISTURBING SCHOOL ASSEMBLY(DSA)                DKT#   9441JV0211B
DISPOSITION: C 11/23/94 DEL PROB 8/21/96 VOP 1/24/96 CMTD DYS
        CMNTY SRV                                           STATUS: CLOSED

DATE: 11/06/90     CRT:   GREENFIELD JUVENILE(J41)
OFFENSE: DEL PROPERTY VIOLATION(PROP VIOL)                  DKT#   9041JV0223A
DISPOSITION: C 1/17/91 CWOF 6/27/91 CMNTY SRV DISM          WIL INJ SCHOOL
                                                            STATUS: CLOSED

DATE: 11/06/90     CRT:   GREENFIELD JUVENILE(J41)
OFFENSE: DEL BREAKING AND ENTERING DT(B&E DT)               DKT#   9041JV0223B
DISPOSITION: C 1/17/91 CWOF 6/27/91 DISM                    MISD
                                                            STATUS: CLOSED
```

10

```
PAGE 1 OF 1     C I V I L   R E S T R A I N I N G   O R D E R   AS OF 08/17/98
DEFENDANT: RENAUD, VINCENT LEE                    DOB:08/10/79  PCF:1777491CV
(PRIMARY)   MOTHER : JOYCE (THOMPSON)
            FATHER : TIMOTHY C                    SOC SEC :
            POB : GREENFIELD MA
            ADDRESS: 35 MILLERS FALLS RD TURNERS FALLS MA
            ZIP CODE: 4.378-
ETHNICITY: WHITE          HGT: 600  WGT: 185  HAIR: BROWN         EYES: BROWN
===============================================================================
DEFENDANT : RENAUD, VINCENT LEE
PLAINTIFF : COOK, SHARON O/B/O CARA-LEIGH
            STREET : 422 ORANGE RD
            CITY : WARWICK                                STATE : MA

DOCKET :    9542R0259   COURT :  42  ORDER DATE : 11/14/95 EXP DATE : 11/22/96
            ORDER : CHAPTER 209A  SECTION   3   STATUS : CLOSED

                         ***** COURT ORDERS *****

1. REFRAIN FROM ABUSE
2. NO CONTACT STAY AT LEAST    50 YDS
3. VACATE/STAY AWAY RESD
7. NO CONTACT WITH ANY CHILD NAMED IN 6 OR LISTED BELOW STAY AT LEAST  50 YDS
   CARA-LEIGH COOK
   STAY AWAY FROM SCHOOL, DAYCARE, OTHER: (SEE ORDER)
```