UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH DANIELS, ) | |
|   Petitioner ) | |
| ) | |
|         v. ) | Civil Action No. 03-30296-MAP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|   Respondent ) | |

<u>MEMORANDUM AND ORDER REGARDING
PETITIONER'S MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE</u>
(Docket No. 1)

September 13, 2004

PONSOR, D.J.

    Petitioner has filed a motion pursuant to 28 U.S.C. § 2255, alleging that his attorney was ineffective due to a failure to adequately pursue a claim of race-based selective prosecution. Because this claim is frivolous on its face, the petition must be dismissed and the motion to vacate denied.

    Petitioner's trial counsel did, in fact, pursue the claim of race-based selective prosecution vigorously. Discovery was obtained, a hearing was held, and the court issued a memorandum denying the claim. Indeed, fact discovery and legal analysis disclosed that no basis existed for any claim of selective prosecution.

    Following the court's ruling, the petitioner pled guilty at a colloquy at which he was informed of all his rights and offered his plea unconditionally. No conceivable argument is available to the petitioner, under these circumstances, that his counsel was in any way ineffective.

For the foregoing reasons, petitioner's Motion to Vacate is hereby DENIED, and the petition is hereby ordered DISMISSED. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge