# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

KEITH DANIELS,

  Petitioner

        v.                        CIVIL ACTION NO. 3: 03-30296-MAP

UNITED STATES OF AMERICA,

  Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, the court having denied the petitioner's motion to vacate, set aside or correct sentence.

                                          TONY ANASTAS,
                                          CLERK OF COURT

Dated:  September 13, 2004             By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                [jgm.]