UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH DANIELS, Pro Se
    Petitioner,

VS.

Case No. 3:03-CV-30296

UNITED STATES OF AMERICA
    Respondent,

MOTION FOR THE EXTENSION OF TIME

    Comes now the Petitioner, Keith Daniels, Pro Se, and indigent, and hereby moves this Court, pursuant to Federal Rules of Appellate Procedure 4(a)(5), for an extension of time in which to file a Notice of Appeal from the Court's September 13, 2004 final judgement denying relief under 28 USC § 2255. In support of this Motion, the Petitioner states and avers the following:

1. On September 13, 2004, this Court entered a final judgement denying Petitioners' Motion to vacate, set aside or correct pursuant to 28 USC § 2255.

2. Prior to the Court entering the the Judgement, Petitioner was moved from FCI Raybrook by the Federal Bureau of Prisons and arrived at FCI Loretto on September 16, 2004.

3. Because of this transfer, Petitioner did not recieve the Judgement denying his § 2255 motion until November 22, 2004, which is past the sixty days allowed for appeal under Federal Rules of Appellate Procedure 4(a)(1)(B).

4. Under FRAP 4(a)(5), the District Court may extend the time to file a Notice of Appeal if a party so moves no later than 30 days after the time prescribed under Rule 4(a) expires and shows excusable neglect or good cause for the late filing.

5. Petitioner did not receive constructive notice of the Court's September 13, 2004 final judgement until after the 60 days allowed under Rule 4 (a) had expired.

6. Petitioner files this Motion for Extention of Time and simultaneously submits his Notice of Appeal within 30 days after November 12, 2004, which is the date the Notice of Appeal was due.

7. Respondant will not be prejudiced by the granting of this Motion.

8. Accordingly, for good cause shown, The Court should grant Petitioner's motion for extension of time and allow him to file a Notice of Appeal out of time.

Wherefore, Petitioner Keith Daniels respectfully requests this Honorable Court grant his Motion for Extension of Time.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Sworn on this 7th day of December, 2004.

Respectfully submitted,

*Keith Daniels*

Keith Daniels, Pro Se
Reg. No. 90462-038
FCI Loretto
P. O. Box 1000
Loretto, PA 15940

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time was mailed, First Class postage properly affixed to Ariane D. Vuono, Assistant U. S. Attorney, United States Courthouse, 1550 Main Street, Springfield, MA 01103, by placing same in the Mail Legal Mailbox at FCI Loretto on this ____7TH____ day of December, 2004.

(s) ___Keith Daniels___

Keith Daniels, Pro Se