UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTES

DOCKET # 01-2602

KEITH DANIELS, Pro Se
    Petitioner,          :
                            :
                            :
VS.                    :     NOTICE OF APPEAL
                            :
UNITED STATES OF AMERICA    :
    Respondent,         :
_____:

Notice is hereby given that Keith Daniels in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's denial of Petitioner's 2255 Motion entered in this action on the 13th of September, 2004

                          Respectfully submitted,

                          *Keith Daniels*

                          Keith Daniels
                          Register No. 90462-038
                          FCI Loretto
                          P.O. Box 1000
                          Loretto, PA 15940-1000