THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH DANIELS,  )
   Petitioner, Appellant  )
   )
vs.  )  No. 04-2713
   )  Dc.No. 03-30296
   )
UNITED STATES OF AMERICA,  )
   Appellee  )
   )

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**NOW COMES**, Appellant Keith Daniels, pro se and indigent, and hereby moves the Court for permission to appeal <u>in forma pauperis</u> without being required to pre-pay fees, cost, or give security therefor. Because of his poverty, Appellant is unable to pre-pay the cost of appeal or give security as supported by the attached documentation. Appellant believes that he is entitled to the relief sought in this appeal. Accordingly, Appellant should be allowed to appeal <u>in forma pauperis</u>.

**WHEREFORE**, Appellant Keith Daniels respectfully request that the Court grant him leave to appeal <u>in forma pauperis</u>.

1 February 2005

Respectfully submitted,

*Keith Daniels*

Keith Daniels
FCI Loretto
P.O. Box 1000
Loretto, PA 15940-1000

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 03-30296
Appeal No. 04-2713

KEITH DANIELS
 Petitioner, Appellant

v.

UNITED STATES
 Respondent, Appellee.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _Keith Daniels_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: _____ |

My issues on appeal are: Filed in The District Court for a (COA) for ineffective assistance of counsel, for failure to file appeal. See the (COA) set forth in the Certificate of Appealibility.

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): 0 | $ 0 | $ N/A | $ 0 | $ N/A |
| Total Monthly income: | $ 0 | $ N/A | $ 0 | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ __N/A__

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |
| 0 | 0 | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

**Home** (Value)
N/A
N/A
N/A

**Other real estate** (Value)
N/A
N/A
N/A

**Motor Vehicle #1** (Value)
Make & year: N/A
Model: N/A
Registration#: N/A

**Motor Vehicle #2** (Value)
Make & year: N/A
Model: N/A
Registration#: N/A

**Other assets** (Value)
N/A
N/A
N/A

**Other assets** (Value)
N/A
N/A
N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | N/A |
| 0 | 0 | N/A |
| 0 | 0 | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
|    Homeowner's or renter's | $ 0 | $ N/A |
|    Life | $ 0 | $ N/A |
|    Health | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Other: N/A | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): 0 | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
|    Motor Vehicle | $ 0 | $ N/A |
|    Credit card (name): 0 | $ 0 | $ N/A |
|    Department store (name): 0 | $ 0 | $ N/A |
|    Other: 0 | $ 0 | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): 0 | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 0 | $ N/A |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☑ No          If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
N/A

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:
NA

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I AM INDECENT AND HAVE NO MONEY

5

13. *State the address of your legal residence.* KEITH DANIEL - Reg No. 90462-038
FEDERAL CORRECTIONAL INSTITUTION LORETTO
P.O. BOX 1000, LORETTO, PA. 15940
Your daytime phone number: (___) N/A
Your age: 40        Your years of schooling: G.E.D. Plus 1 1/2 of College

# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 90462038 | **Current Institution:** | Loretto FCI |
| **Inmate Name:** | DANIELS, KEITH | **Housing Unit:** | NORTH |
| **Report Date:** | 01/31/2005 | **Living Quarters:** | N01-113U |
| **Report Time:** | 3:20:11 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2994 |
| FRP Participation Status: | Completed |
| Arrived From: | LEW |
| Transferred To: | |
| Account Creation Date: | 5/7/2002 |
| Local Account Activation Date: | 9/18/2004 4:45:14 AM |
| Sort Codes: | |
| Last Account Update: | 1/30/2005 10:04:05 PM |
| Account Status: | Active |
| ITS Balance: | $4.95 |

**FRP Plan Information**

**FRP Plan Type**   **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $36.27 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $36.27 |
| National 6 Months Deposits: | $857.73 |
| National 6 Months Withdrawals: | $895.54 |
| National 6 Months Avg Daily Balance: | $46.19 |
| Local Max. Balance - Prev. 30 Days: | $133.62 |
| Average Balance - Prev. 30 Days: | $61.44 |

## Commissary History

### Purchases

Validation Period Purchases: $117.35
YTD Purchases: $337.07
Last Sales Date: 1/27/2005 6:07:19 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $111.80
Remaining Spending Limit: $178.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

# United States Court of Appeals
## For the First Circuit

No. 04-2713
DC No. 03-30296

KEITH DANIELS,
Petitioner, Appellant,

v.

UNITED STATES,
Respondent, Appellee.

ORDER OF COURT

Entered: January 19, 2005

This court is in receipt of appellant's request for in forma pauperis status. It is ordered that the motion is denied without prejudice pursuant to Fed.R.App.P. 24.

Appellant is directed to file a motion, compliant financial affidavit (Form 4) that is fully completed along with an attached certified statement from the Institutional Trust Account before the *District Court of Massachusetts* on or before February 18, 2005. See Fed.R.App.P. 24. Form 4 is enclosed to the appellant with this order.

By the Court:

Richard Cushing Donovan, Clerk

By:_____
Operations Manager.

[cc: Mr. Daniels, Ms. Vuono and Ms. Chaitowitz]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioner's Motion for Permission to Appeal In Forma Pauperis, with affidavit in support and prison inmate account statement was mailed, first class postage properly affixed, to Ms. VVono, Assistant District Attorney, 1550 Main Street, Springfield, MA 01103 by placing same in the Legal Mailbox at FCI Loretto on this 1st Day of February 2005.

_____
Keith Daniels

```
                                        Mr. Keith Daniels
                                        Reg. No. 90462-038
                                        FCI Loretto
                                        P.O. Box 1000
                                        Loretto, PA  15940-1000
```

1 February 2005

Clerk of Courts
1550 Main Street
Springfield, MA   01103

RE: <u>Daniels v. USA</u>
No. 04-2713
Dc.No. 03-302-96

Dear Clerk,

   Please be advised that on 1 February 2005 Appellant in the above-referenced case mailed Appellant's motion for leave to proceed in forma pauperis, supporting affidavit and certified statement from inmate institutional trust account to the District of Massachusetts as was ordered by this Court on 19 January 2005 (Order of Court attached).

   Thank you for your time and assistance in this matter.

Respectfully,

*Keith Daniels*

Keith Daniels
