```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


KEITH DANIELS,                  )
Petitioner                      )
                                )
            v.                  ) CIVIL ACTION NO. 03-30296-MAP
                                )
UNITED STATES OF AMERICA,       )
Respondent                      )
```

                    MEMORANDUM AND ORDER REGARDING
               MOTION FOR CERTIFICATE OF APPEALABILITY
                          (Docket No. 15)

                         February 28, 2005

PONSOR, D.J.

   The petitioner pled guilty to one count of conspiracy to possess with intent to distribute and five counts of distribution of illegal narcotics on June 18, 2001. On October 23, 2001 the petitioner was sentenced to two hundred and four months imprisonment. An appeal followed and on August 22, 2002 the First Circuit affirmed the conviction and sentence. On November 19, 2003, petitioner filed a petition pursuant to 28 U.S.C. § 2255. This petition was amended on August 18, 2004 and dismissed on September 13, 2004.

   This Motion for Certificate of Appealability is hereby denied. The assistance rendered to the petitioner during the plea proceeding and subsequent sentencing did not fall below the standard for effectiveness. Moreover, the possibility of selective prosecution was raised on considered by the court prior to the plea. There simply has not been any substantial

showing of a denial of a constitutional right. Petitioner has not raised issues which are debatable among jurists of reason in the sense that some other court could resolve the issue in a manner different than this court did on in dismissing his petition pursuant to § 2255. Unfortunately for petitioner, his petition simply does not raise questions which deserve encouragement to proceed further on appeal.

Accordingly, the Motion for Certificate of Appealability is hereby DENIED. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge