UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-2713

USDC Docket Number : 03-cv-30296

Keith Daniels

v.

United States of America

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 15 are original pleadings documents numbered 16 & 18 & electronic order Re: document number 16 are original electronic copies to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 3, 2005.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/8/05 .

*Burchard*
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]