CA:03-30296
J. Ponsor

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 04-2713

KEITH DANIELS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Selya, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lynch, <u>Circuit Judge</u>.

JUDGMENT

Entered: May 5, 2005

Essentially for the reasons given by the district court in its memorandum and order, dated September 13, 2004, the request for a certificate of appealability is <u>denied</u> and this appeal is <u>terminated</u>.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 5-5-5

By the Court:

Richard Cushing Donovan, Clerk.

By: **MARGARET CARTER**
     Chief Deputy Clerk.

[Cert. cc: Hon. Michael A. Ponsor and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Daniels, Ms. Vuono and Ms. Chaitowitz]