# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 04-2713

KEITH DANIELS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Selya, *Circuit Judge*,
Stahl, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

---

JUDGMENT

Entered: May 5, 2005

Essentially for the reasons given by the district court in its memorandum and order, dated September 13, 2004, the request for a certificate of appealability is *denied* and this appeal is *terminated*.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: JUN 27 2005

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
    Chief Deputy Clerk.

[Cert. cc: Hon. Michael A. Ponsor and Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Daniels, Ms. Vuono and Ms. Chaitowitz]